Carla D. Macaluso, Esq. (Bar I.D. #018141996)
Darran E. St. Ange, Esq. (Bar I.D. #309162019)
JACKSON LEWIS P.C.
200 Connell Drive, Suite 2000
Berkeley Heights, New Jersey 07922
(908) 795-5200
ATTORNEYS FOR DEFENDANT PFIZER INC.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| DIGRETA DOMI, | : | |
| | : | |
| Plaintiff, | : | Civil Action No.: |
| | : | |
| v. | : | |
| | : | |
| PFIZER INC., JODY BENNETT, | : | **NOTICE AND PETITION FOR** |
| | : | **REMOVAL OF CASE FROM THE** |
| Defendants. | : | **SUPERIOR COURT OF NEW JERSEY,** |
| | | **LAW DIVISION, SOMERSET COUNTY** |

To:    Melissa E. Rhoads, Esq.                     Digreta Domi
       Clerk of Court                              461 Kipp Avenue
       United States District Court                Hasbrouck Heights, NJ 07604
       District of New Jersey
       Clarkson S. Fisher Building & U.S. Courthouse
       402 East State Street Room 2020
       Trenton, NJ 08608

        Defendant Pfizer Inc., pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, respectfully

submit this notice and petition for removal of a case from the Superior Court of New Jersey, Law

Division, Somerset County, bearing Docket No. SOM-L-000768-25, and as grounds for removal

state as follows:

        1.    On May 23, 2025, Plaintiff Digreta Domi ("Plaintiff"), filed a civil action

in <u>Digreta Domi v. Pfizer Inc, Jody Bennett</u> Docket No. SOM-L-000768-25, pending in the

Superior Court of New Jersey, Law Division, Somerset County.  A true and correct copy of the

Summons and Complaint are annexed hereto as Exhibit "A."

2.      A Summons and Complaint were delivered, via certified mail, to Defendant Pfizer Inc. on September 11, 2025 at 66 Hudson Blvd East New York, NY 10001.

3.      These documents constitute all pleadings served upon Defendant Pfizer in this action.

4.      As of the date of the filing of this petition for removal, Defendant Jody Bennett has not been served with a copy of the Summons and Complaint.  The Summons and Complaint were the initial pleadings received by Defendant Pfizer Inc. setting forth the claims upon which Plaintiff's action is based.

5.      This notice and petition for removal is timely filed within the provisions of 28 U.S.C. § 1446.  With the exception of Jody Bennett, who has not been served with a copy of the Summons and Complaint, Defendant has effected removal within thirty (30) days of receipt of a paper from which it could first be ascertained that this action is removable.  See 28 U.S.C. § 1446.

6.      Defendants have not filed an answer or other pleading in the Superior Court of New Jersey.

5.      This action is being removed to this Court on the basis of diversity of citizenship pursuant to 28 U.S.C. § 1332 as it involves a controversy between citizens of different states:

a.      Plaintiff is and has been, both upon the filing of the subject Complaint on June 3, 2025, and the filing of this petition for removal, a citizen and resident of the State of New Jersey.  (See Complaint, ¶1).

b.      Defendant Pfizer Inc. is a resident of both the State of Delaware and the State of New York.  Specifically, Pfizer is incorporated in Delaware and has its principal place

of business at 66 Hudson Blvd East New York, NY 10001. See 28 U.S.C. § 1332(c)(1). Defendant

Pfizer Inc. is and has been, both upon the filing of the subject Complaint on June 3, 2025, and the

filing of this petition for removal, a corporation duly created and organized under the laws of the

State of Delaware, with its headquarters and principal place of business in New York, NY.

c.      Defendant Jody Bennett is and has been, both upon the filing of the

subject Complaint on June 3, 2025, and the filing of this petition for removal, a citizen and resident

of the State of Pennsylvania.

6.      Pursuant to 28 U.S.C. § 1446 (b)(2), "[w]hen a civil action is removed solely

under [28 U.S.C. § 1441 (a)], all defendants who have been properly joined and served must join

in or consent to the removal of the action." This provision is colloquially referred to as the "Rule

of Unanimity." See Am. Asset Fin., LLC v. Corea Firm, 821 F. Supp. 2d 698, 699 (D.N.J. 2011).

7.      However, the Rule of Unanimity does not apply when a non-resident

defendant has not been served at the time of removal. A.B. v. Verna Gray Charter Sch., 2011 U.S.

Dist. LEXIS 58566, at *4 (D.N.J. May 11, 2011) (citations omitted).

8.      Therefore, since Defendant Jody Bennett is a resident of the state of

Pennsylvania and has not been served a copy of the Summons and Complaint, her consent to the

Removal is not required for purposes of the Rule of Unanimity.

9       Plaintiff's Complaint alleges, inter alia, violations of the New Jersey Law

Against Discrimination, N.J.S.A. § 10:5-12, et seq.[1] The entire amount in controversy, while not

specifically enumerated in Plaintiff's Complaint, appears to contemplate an amount exceeding the

sum or value of $75,000. As set forth in the Complaint, Plaintiff seeks punitive damages and

---

[1] Plaintiff's Complaint does not specifically allege that she is bringing her claim under the New Jersey Law Against Discrimination, however, Defendants liberally construed Plaintiff's Complaint and determined a LAD discrimination claim is suggested by the facts. See Printing Mart-Morristown v. Sharp Electronics Corp., 116 N.J. 739, 746 (1989) (noting the test for determining the adequacy of a pleading is whether a cause of action is "suggested" by the facts).

emotional distress. Given the relief requested by Plaintiff, particularly the requested award of punitive damages, Defendant Pfizer Inc. submits that the amount in controversy exceeds the jurisdictional amount. (See Complaint, p.1-2).

10.   Because there is complete diversity between the parties and the amount in controversy is in excess of $75,000, this Court has original jurisdiction over Plaintiff's claims by virtue of diversity of citizenship and satisfaction of the amount in controversy requirement of 28 U.S.C. § 1332. This action is properly removable to federal court pursuant to 28 U.S.C. §§ 1332(a) and 1441(b).

11.   Defendant Pfizer Inc. submits this notice and petition without waiving any defenses to the claims asserted by Plaintiff or conceding that Plaintiff has pleaded claims upon which relief may be granted.

12.   Venue is proper in this Court.

13.   Pursuant to 28 U.S.C. §1446(d), Defendants have given written notice of the removal of this action to all adverse parties and has filed a copy of this notice with the Clerk of the Superior Court of New Jersey, Law Division, Somerset County.

Respectfully submitted,

JACKSON LEWIS P.C.
200 Connell Drive, Suite 2000
Berkeley Heights, NJ 07922
(908) 795-5200

By:   s/ Carla D. Macaluso
      Carla D. Macaluso
      Darran E. St. Ange
      ATTORNEYS FOR DEFENDANT
Dated: October 9, 2025   PFIZER INC.

4935-0919-2048, v. 7

# EXHIBIT A

Digreta Domi
461 Kipp Avenue
Hasbrouck Heights, NJ 07604

Summons

## SUMMONS

Attorney(s) Pro se: Digreta Domi

Office Address  461 Kipp Avenue

Town, State, Zip Code  Hasbrouck Heights, New Jersey 07604

Telephone Number  (973)816-4473

Attorney(s) for Plaintiff

Digreta Domi

Plaintiff(s)

vs.

Pfizer Inc.

Jody Bennett

Defendant(s)

### *Superior Court of New Jersey*

Somerset  County

Civil  Division

Docket No: L 000768-25

## CIVIL ACTION
## SUMMONS

From The State of New Jersey To The Defendant(s) Named Above:

   The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (A directory of the addresses of each deputy clerk of the Superior Court is available in the Civil Division Management Office in the county listed above and online at http://www.njcourts.gov.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $175.00 and completed Case Information Statement) if you want the court to hear your defense.

   If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

   If you cannot afford an attorney, you may call the Legal Services office in the county where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A directory with contact information for local Legal Services Offices and Lawyer Referral Services is available in the Civil Division Management Office in the county listed above and online at http://www.njcourts.gov.

Marie C. Hanley

Clerk of the Superior Court

DATED:  05/24/2025

Name of Defendant to Be Served:  Pfizer Inc./ Jody Bennett

Address of Defendant to Be Served:  100 US-206, Gladstone, NJ 07934

Revised 11/17/2014, CN 10792-English (Appendix XII-A)

SOMERSET COUNTY SUPERIOR COURT
40 NORTH BRIDGE STREET
1ST FLR PO BOX 3000
SOMERVILLE        NJ 08876-1262

TRACK ASSIGNMENT

COURT TELEPHONE NO. (908) 332-7700
COURT HOURS  8:30 AM - 4:30 PM

DATE:    JUNE 10, 2025
RE:      DOMI DIGRETA  VS PFIZER INC.
DOCKET: SOM L -000768 25

THE ABOVE CASE HAS BEEN ASSIGNED TO:  TRACK 3.

DISCOVERY IS   450 DAYS AND RUNS FROM THE FIRST ANSWER OR 90 DAYS FROM SERVICE ON THE FIRST DEFENDANT, WHICHEVER COMES FIRST.

THE PRETRIAL JUDGE ASSIGNED IS:  HON WENDY A. REEK

IF YOU HAVE ANY QUESTIONS, CONTACT TEAM     001 AT:  (908) 332-7700 EXT 13467.

IF YOU BELIEVE THAT THE TRACK IS INAPPROPRIATE YOU MUST FILE A CERTIFICATION OF GOOD CAUSE WITHIN 30 DAYS OF THE FILING OF YOUR PLEADING.
PLAINTIFF MUST SERVE COPIES OF THIS FORM ON ALL OTHER PARTIES IN ACCORDANCE WITH  R.4:5A-2.

ATTENTION:

DIGRETA DOMI
461 KIPP AVENUE
HASBROUCK HEIGHT NJ 07604

JUTTAR0

## Form A

| | |
|---|---|
| **Plaintiff or Filing Attorney Information:** | BATCH NO: __300__ |
| Name  Digreta Domi | DATE: __6/3/25__ |
| NJ Attorney ID Number _____ | PAYMENT: __CK__ |
| Address  461 Kipp Avenue | CK/MO #: __155__ |
| Hasbrouck Heights, NJ 07604 | AMOUNT: 250.00 |
| Email Address digretadomi@gmail.com | PREPARER: __KM__ |
| Telephone Number (973) 816-4473  ext. _____ | |

*RECEIVED SUPERIOR COURT OF NJ*
*JUN - 3 2025*
*SOMERSET COUNTY FINANCE DIVISION*

Superior Court of New Jersey

Civil   Division Somerset   County

Law _____ Part

Digreta Domi _____,

Plaintiff,

v.

Pfizer Inc./ Jody Bennett _____,

Defendant(s).

Docket No: _____

(to be filled in by the court)

Civil Action

**Complaint**

Plaintiff, Digreta Domi _____, residing at: 461 Kipp Avenue _____,
City of Hasbrouck Heights _____, County of Bergen  ▼  , State of New Jersey,
complaining of defendant, states as follows:

1. On May 20th _____, 2021, Pfizer Inc./ Jody Bennett _____, Defendant:
(Summarize what happened that resulted in your claim against the defendant. Use additional pages if necessary.)
At 2:30 PM EST, I was interviewed for a Project Manager vacancy via WebEx, scheduled by The Judge Group, a recruitment company. Attendees: Jody Bennett, Hiring Manager, and her coworker, Marina Byrne. I provided two Pfizer references, Lily Cantillon and Jodi Dey. After the interview on the 20th, The Judge Group forwarded my thank you email and follow-up questions to the hiring manager, as I did not have her email. I did not hear back from them.

The defendant in this action resides at:
100 US-206, Gladstone, NJ 07934 _____, in the county of
Somerset _____, State of New Jersey.

2. Plaintiff is entitled to relief from defendant under the above facts.

3. The harm that occurred as a result of defendant's acts include: (list each item of damage and injury)
1. The Judge Group replied via email, "I will get these questions forwarded to the team and hope to get responses over to you quickly. I'll touch base with you as soon as I have feedback." Discrimination, such as the defendant ignoring the interview process and failing to provide a job offer or rejection letter, has led to feelings of anxiety and emotional distress.

**Form A**

2.  Treating me differently based on my protected characteristic such as age is a form of discrimination and a violation of civil rights.

3.  Punitive Damages. The defendant acted with malice and willful disregard of my civil rights, legal protections that ensure equal opportunities and treatment for all individuals.

Wherefore, plaintiff requests judgment against defendant for damages, together with attorney's fees, if applicable, costs of suit, and any other relief as the court may deem proper.

05/22/2025                              *Digreta Domi*
Dated                                   Signature

I certify that the dispute about which I am suing is not the subject of any other action pending in any other court or a pending arbitration proceeding to the best of my knowledge and belief. Also, to the best of my knowledge and belief no other action or arbitration proceeding is contemplated. Further, other than the parties set forth in this complaint, I know of no other parties that should be made a part of this lawsuit. In addition, I recognize my continuing obligation to file and serve on all parties and the court an amended certification if there is a change in the facts stated in this original certification.

05/22/2025                              *Digreta Domi*
Dated                                   Signature

**OPTIONAL:** **If you would like to have a judge decide your case, do not include the following paragraph in your complaint. If you would prefer to have a jury to decide your case, please sign your name after the following paragraph.**

**JURY DEMAND**

The plaintiff demands trial by a jury on all of the triable issues of this complaint, pursuant to New Jersey Court *Rules* 1:8-2(b) and 4:35-1(a).

_____                _____
Dated                                   Signature

SOM-L-000768-25  06/03/2025  Pg 3 of 7  Trans ID: LCV20251682686
SOM-L-000768-25  05/22/2025  Pg 1 of 4  Trans ID: LCV20251575673

## New Jersey Judiciary
## Civil Practice Division
# Civil Case Information Statement (CIS)

Use for initial Law Division Civil Part pleadings (not motions) under Rule 4:5-1.
Pleading will be rejected for filing, under Rule 1:5-6(c), if information above the
black bar is not completed, or attorney's signature is not affixed.

### For Use by Clerk's Office Only

| Payment type ☐ check ☐ charge ☐ cash | Charge/Check Number | Amount $ | Overpayment $ | Batch Number |
|---|---|---|---|---|

| Attorney/Pro Se Name Digreta Domi | Telephone Number (973) 816-4473 ext. | County of Venue Bergen |
|---|---|---|

| Firm Name (if applicable) | Docket Number (when available) |
|---|---|

| Office Address - Street 461 Kipp Ave | City Hasbrouck Heights | State NJ | Zip 07604 |
|---|---|---|---|

| Document Type | Jury Demand ☐ Yes ■ No |
|---|---|

| Name of Party (e.g., John Doe, Plaintiff) Digreta Domi | Caption |
|---|---|

Case Type Number (See page 3 for listing) <u>999</u>

| | Yes | No |
|---|---|---|
| Are sexual abuse claims alleged? | ☐ Yes | ☐ No |
| Does this case involve claims related to COVID-19? | ☐ Yes | ☐ No |
| Is this a professional malpractice case? | ☐ Yes | ■ No |

If "Yes," see N.J.S.A. 2A:53A-27 and applicable case law
regarding your obligation to file an affidavit of merit.

| Related Cases Pending? | ☐ Yes | ■ No |
|---|---|---|

If "Yes," list docket numbers

| Do you anticipate adding any parties (arising out of same transaction or occurrence)? | ☐ Yes | ■ No |
|---|---|---|
| Name of defendant's primary insurance company (if known) | ☐ None | ■ Unknown |

Revised Form Promulgated by 12/21/2023 Notice to the Bar (effective 01/01/2024), CN 10517 (Appendix XII-B1)          page 1 of 4

| **The Information Provided on This Form Cannot be Introduced into Evidence.** |
|---|
| Case Characteristics for Purposes of Determining if Case is Appropriate for Mediation |
| Do parties have a current, past or recurrent relationship?  ☐ Yes  ■ No <br> If "Yes," is that relationship: <br> ☐ Employer/Employee   ☐ Friend/Neighbor   ☐ Familial   ☐ Business <br> ☐ Other (explain) _____ |
| Does the statute governing this case provide for payment of fees by the losing party?  ☐ Yes  ☐ No |
| Use this space to alert the court to any special case characteristics that may warrant individual management or accelerated disposition. |
| Do you or your client need any disability accommodations?  ☐ Yes  ■ No <br>     If yes, please identify the requested accommodation: <br><br> Will an interpreter be needed?  ☐ Yes  ■ No <br>     If yes, for what language? |
| **I certify that confidential personal identifiers have been redacted from documents now submitted to the court and will be redacted from all documents submitted in the future in accordance with Rule 1:38-7(b).** <br><br> Attorney/Self-Represented Litigant Signature: ___*Digrota Domi*___ |

# Civil Case Information Statement (CIS)
Use for initial pleadings (not motions) under *Rule* 4:5-1
## CASE TYPES
(Choose one and enter number of case type in appropriate space on page 1.)

### Track I - 150 days discovery

| | |
|---|---|
| 151 | Name Change |
| 175 | Forfeiture |
| 302 | Tenancy |
| 399 | Real Property (other than Tenancy, Contract, Condemnation, Complex Commercial or Construction) |
| 502 | Book Account (debt collection matters only) |
| 505 | Other Insurance Claim (including declaratory judgment actions) |
| 506 | PIP Coverage |
| 510 | UM or UIM Claim (coverage issues only) |
| 511 | Action on Negotiable Instrument |
| 512 | Lemon Law |
| 801 | Summary Action |
| 802 | Open Public Records Act (summary action) |
| 999 | Other (briefly describe nature of action)<br>Civil Lawsuit against Employer |

### Track II - 300 days discovery

| | |
|---|---|
| 305 | Construction |
| 509 | Employment (other than Conscientious Employees Protection Act (CEPA) or Law Against Discrimination (LAD)) |
| 599 | Contract/Commercial Transaction |
| 603N | Auto Negligence – Personal Injury (non-verbal threshold) |
| 603Y | Auto Negligence – Personal Injury (verbal threshold) |
| 605 | Personal Injury |
| 610 | Auto Negligence – Property Damage |
| 621 | UM or UIM Claim (includes bodily injury) |
| 699 | Tort – Other |

### Track III - 450 days discovery

| | |
|---|---|
| 005 | Civil Rights |
| 301 | Condemnation |
| 602 | Assault and Battery |
| 604 | Medical Malpractice |
| 606 | Product Liability |
| 607 | Professional Malpractice |
| 608 | Toxic Tort |
| 609 | Defamation |
| 616 | Whistleblower / Conscientious Employee Protection Act (CEPA) Cases |
| 617 | Inverse Condemnation |
| 618 | Law Against Discrimination (LAD) Cases |

SOM-L-000768-25   06/03/2025   Pg 6 of 7   Trans ID: LCV20251682686
SOM-L-000768-25   05/22/2025   Pg 4 of 4   Trans ID: LCV20251575673

## Track IV - Active Case Management by Individual Judge / 450 days discovery

| | |
|---|---|
| 156 | Environmental/Environmental Coverage Litigation |
| 303 | Mt. Laurel |
| 508 | Complex Commercial |
| 513 | Complex Construction |
| 514 | Insurance Fraud |
| 620 | False Claims Act |
| 701 | Actions in Lieu of Prerogative Writs |

## Multicounty Litigation (Track IV)

| | |
|---|---|
| 282 | Fosamax |
| 291 | Pelvic Mesh/Gynecare |
| 292 | Pelvic Mesh/Bard |
| 293 | DePuy ASR Hip Implant Litigation |
| 296 | Stryker Rejuvenate/ABG II Modular Hip Stem Components |
| 300 | Talc-Based Body Powders |
| 601 | Asbestos |
| 624 | Stryker LFIT CoCr V40 Femoral Heads |
| 626 | Abilify |
| 627 | Physiomesh Flexible Composite Mesh |
| 628 | Taxotere/Docetaxel |
| 629 | Zostavax |
| 630 | Proceed Mesh/Patch |
| 631 | Proton-Pump Inhibitors |
| 633 | Prolene Hernia System Mesh |
| 634 | Allergan Biocell Textured Breast Implants |
| 635 | Tasigna |
| 636 | Strattice Hernia Mesh |
| 637 | Singulair |
| 638 | Elmiron |
| 639 | Pinnacle Metal-on-Metal (MoM) Hip Implants |

If you believe this case requires a track other than that provided above, please indicate the reason on page 1, in the space under "Case Characteristics".

**Please check off each applicable category**

☐ **Putative Class Action**          ☐ **Title 59**          ☐ **Consumer Fraud**

☐ **Medical Debt Claim**