**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| **DIGRETA DOMI**,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**PFIZER INC.**,<br><br>　　　　　　　　Defendant. | Civil Action No. 25-16421 (ZNQ) (JTQ)<br><br>**ORDER** |

**QURAISHI, District Judge**

　　**THIS MATTER** comes before the Court upon a Motion to Dismiss filed by Defendant Pfizer Inc. ("Defendant").  ("Motion," ECF No. 9.)  For the reasons set forth in the accompanying Opinion,

　　**IT IS** on this **16th** day of **JUNE 2026**,

　　**ORDERED** that Defendant's Motion (ECF No. 9) is hereby **GRANTED**; and it is further

　　**ORDERED** that Plaintiff's claim for harassment/emotional distress is hereby **DISMISSED WITH PREJUDICE**; it is further

　　**ORDERED** that Plaintiff's claims for breach of implied contract and pattern of conduct are hereby **DISMISSED WITHOUT PREJUDICE**; it is further

　　**ORDERED** that this matter is hereby **CONSOLIDATED** with 25-cv-12197, with the parties to proceed in 25-cv-12197, where Plaintiff shall file a single, consolidated Second  Amended Complaint within 30 days; and it is further

**ORDERED** that the Clerk is instructed to mark this matter **CLOSED**.


s/ Zahid N. Quraishi
**ZAHID N. QURAISHI**
**UNITED STATES DISTRICT JUDGE**